23133.   EDWARDS et al. v. LAMPKIN.

GRICE, Justice. We granted certiorari to review rulings made by the Court of Appeals in *Edwards v. Lampkin,* 112 Ga. App. 128 (144 SE2d 119), wherein it was held that the notice to the nearest relatives of an alleged mental incompetent, required by *Code Ann.* § 49-604, was insufficient. Upon further consideration we have reached the conclusion that the rulings therein made are correct; hence the judgment of the Court of Appeals is

*Affirmed. All the Justices concur, except Mobley, J., not participating for providential cause.*

ARGUED OCTOBER 11, 1965—DECIDED OCTOBER 20, 1965.

*Arnold & Harris, Robert B. Harris, Nancy Pat Phillips,* for plaintiffs in error.

*Nicholas P. Chilivis, Erwin, Birchmore & Epting, Robert E. Gibson, Chappelle Matthews,* contra.